IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, | No. C-09-3473 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF TRANSFER |
| UNITED STATES, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a federal prisoner currently incarcerated at the United States Penitentiary in Florence, Colorado, has filed a pro se civil rights Complaint alleging various violations of his constitutional rights by a federal correctional counselor.

      The events or omissions giving rise to the claims occurred within the venue of the District of Colorado. See 28 U.S.C. § 85. Venue therefore properly lies in the District of Colorado. See id. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. section 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the District of Colorado.

1 | The Clerk shall transfer this matter and terminate all
2 | pending motions as moot.

5 | IT IS SO ORDERED.

8 | DATED   07/31/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.09\Young-09-3473-transfer.wpd

**2**